1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   CHRISTOPHER JAMES,                         )
                                               )
8              Petitioner,                     )    No. C 07-3926 CRB (PR)
                                               )
9       vs.                                    )    ORDER OF DISMISSAL
                                               )
10   SUZAN HUBBARD, Acting Warden,             )    (Doc # 2)
                                               )
11             Respondent.                     )
     _____ )

12

13          Petitioner, a state prisoner currently incarcerated at the California Medical

14   Facility in Vacaville, has filed a second or successive petition for a writ of habeas

15   corpus under 28 U.S.C. § 2254.  His first petition was dismissed on the merits on

16   November 19, 2001.  See James v. Ramirez-Palmer, No. C 01-3893 CRB (PR)

17   (N.D. Cal. Nov. 19, 2001) (order).

18          A second or successive petition may not be filed in this court unless

19   petitioner first obtains from the United States Court of Appeals for the Ninth

20   Circuit an order authorizing this court to consider the petition.  See 28 U.S.C. §

21   2244(b)(3)(A).  Petitioner has not obtained such an order from the Ninth Circuit.

22   The petition accordingly is DISMISSED without prejudice to refiling if petitioner

23   obtains the necessary order.

24          The clerk shall terminate all pending motions as moot and close the file.

25   SO ORDERED.

26   DATED: August 03, 2007                    _____
                                               CHARLES R. BREYER
27                                             United States District Judge

28   G:\PRO-SE\CRB\HC.07\James, C1.or1.wpd