UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JAMES,

        Plaintiff,

  v.

PEOPLE OF STATE OF CA et al,

        Defendant.

Case Number: CV07-03926 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher C.J. James
California Medical Facility
D-30379
P.O. Box 2500
Vacaville, CA 95696

Dated: August 3, 2007

                                         Richard W. Wieking, Clerk
                                         By: Barbara Espinoza, Deputy Clerk