UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 12 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| CHRISTOPHER JAMES, | No. 07-73176 |
|---|---|
| Petitioner, | |
| v. | ORDER |
| D.K. SISTO, Warden, | |
| Respondent. | |

**FILED**

OCT 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-3926 CRB (PR)

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

The Clerk shall substitute D.K. Sisto, Warden, as the proper respondent.

*See* Fed. R. App. P. 43(c)(2).

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied. Petitioner has not made a prima facie showing under 28 U.S.C. § 2244(b)(2) that:

> (A) the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

> (B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense.

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. *See* 28 U.S.C. § 2244(b)(3)(E).

MOATT

```
INTERNAL USE ONLY: Proceedings include all events.
07-73176 James, et al v. Hubbard

CHRISTOPHER C.J. JAMES              Christopher C.J. James
     Petitioner                     D-30379
                                    [COR LD NTC prs]
                                    CMFSP - CALIFORNIA MEDICAL
                                    FACILITY STATE PRISON (SOLANO)
                                    P.O. Box 2000
                                    Vacaville, CA 95696-2000


     v.

SUZAN HUBBARD, WARDEN               No appearance
     Respondent                     [COR LD]
                                    No appearance
```